IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| GESY CAROLINA LOPEZ BURUCA, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 1:15-cv-1087 |
| | : | |
| v. | : | |
| | : | |
| COAST TO COAST RENOVATIONS, LLC | : | |
| T/A HOTEL MAINTENANCE SERVICES, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DISMISSAL

Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses, with prejudice, the above-captioned matter.

Respectfully submitted,

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

By:      /s/ *Mary Craine Lombardo*
Mary Craine Lombardo (77768)
25 West Middle Lane
Rockville, Maryland 20850
(301) 340-2020
(301) 354-8126 – fax
mlombardo@steinsperling.com

*Attorneys for Plaintiff*

4361612_1