IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

FILED
DEC -8 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

GESY CAROLINA LOPEZ BURUCA,

    Plaintiff,

v.

COAST TO COAST RENOVATIONS, LLC
T/A HOTEL MAINTENANCE SERVICES,

    Defendant.

Civil Action No. 1:15-cv-1087

## NOTICE OF DISMISSAL

Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses, with prejudice, the above-captioned matter.

So Ordered
Claude M. Hilton
/s/ USDJ
Dec. 8, 2015

Respectfully submitted,

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

By:     */s/ Mary Craine Lombardo*
Mary Craine Lombardo (77768)
25 West Middle Lane
Rockville, Maryland 20850
(301) 340-2020
(301) 354-8126 – fax
mlombardo@steinsperling.com

*Attorneys for Plaintiff*

4361612_1